# United States District Court
# For The Western District of North Carolina
# Asheville Division

CHARLES D. WILLINGHAM,,

    Plaintiff(s),

vs.

G. CRUTCHFIELD et al.,,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:12-cv-324

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/20/2012 Order.

FRANK G. JOHNS, CLERK

Signed: November 21, 2012

Frank G. Johns, Clerk
United States District Court