# United States District Court
# For The Western District of North Carolina
# Asheville Division

CHARLES D. WILLINGHAM,,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                  1:12-cv-324

G. CRUTCHFIELD et al.,,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/20/2012 Order.

                                                    FRANK G. JOHNS, CLERK

                                                    Signed: November 21, 2012

Frank G. Johns, Clerk
United States District Court